**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PAUL RIECKHOFF, KRISTEN L. ROUSE, INDEPENDENT VETERANS OF AMERICA ACTION (d/b/a INDEPENDENT VETERANS OF AMERICA), and INDEPENDENT VOTER PROJECT,

Plaintiffs,

v.

HENRY T. BERGER and PETER S. KOSINSKI, in their official capacities as Co-Chairs and Commissioners of the New York State Board of Elections; ESSMA BAGNUOLA and ANTHONY J. CASALE, in their official capacities as Commissioners of the New York State Board of Elections; and KRISTEN ZEBROWSKI STAVISKY and RAYMOND J. RILEY III, in their official capacities as Co-Executive Directors of the New York State Board of Elections; THE BOARD OF ELECTIONS IN THE CITY OF NEW YORK; MICHELE A. SILEO, GINO A. MARMORATO, JOSE MIGUEL ARAUJO, MICHAEL J. COPPOTELLI, MARC A. LANDIS, FRANK R. SEDDIO, SIMON SHAMOUN, KEITH SULLIVAN, and FREDERIC M. UMANE, in their official capacities as Commissioners of Elections constituting the Board of Elections in the City of New York; and MICHAEL J. RYAN, in his official capacity as Executive Director of the Board of Elections in the City of New York,

Defendants.

Civil Action No. 1:26-cv-08655 (JLR)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

The motion of Stephen Chad Peace (S. Chad Peace) for admission to practice pro hac vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

Applicant's Name: Stephen Chad Peace (S. Chad Peace)
Firm Name: Peace & Shea LLP
Address: 2700 Adams Avenue, Suite 202
City / State / Zip: San Diego, California 92116
Telephone: (619) 255-4461
Fax: None
Email: chad@peaceshea.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs Paul Rieckhoff, Kristen L. Rouse, Independent Veterans of America Action (d/b/a Independent Veterans of America), and Independent Voter Project in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Applicant shall register for electronic case filing privileges through PACER, and the Clerk of Court is directed to grant Applicant electronic case filing privileges in this action.

Dated: November 17, 2026

New York, New York

Jennifer Rochon
Hon. Jennifer L. Rochon
United States District Judge